# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 29, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160436(58)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

                                   SC: 160436

v                                    COA: 346775

                                   Oakland CC: 2017-265335-FJ

MUHAMMAD ALTANTAWI,
      Defendant-Appellant.
_____/

      On order of the Chief Justice, the motion of plaintiff-appellee to adjourn the case from the January 2021 oral argument session of the Court is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 29, 2020                  

                                                     Clerk